UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22087-CIV/ALTONAGA/Goodman

**OSCAR JULIEN-RIOU,**

    Plaintiff,

v.

**IOANNYS LLANES,** *et al.***,**

    Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COMES NOW PLAINTIFF, OSCAR JULIEN-RIOU**, by and through his undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a) and hereby files this *Notice of Voluntary Dismissal Without Prejudice* and states:

1. Federal Rule of Civil Procedure 41(a) allows Plaintiff to dismiss his action without leave of Court prior to service of any Answer or Motion for Summary Judgment.

2. In the instant case no Answer, Motion to Dismiss, or Motion for Summary Judgment has been filed or served and no Defendant has been nor will be served the instant Summons or Complaint.

Respectfully Submitted this 29th Day of May, 2019,

**/s/ Rawsi Williams**

Rawsi Williams, Esq., R.N.
Fla. Bar No. 103201

Primary Email: eservice@rawsi.com
Secondary Email: rawsi@rawsi.com
Rawsi Williams Law Group
Wells Fargo Center
333 SE 2nd Ave., STE 2000
Miami, FL  33131
TEL:  888-RawsiLaw (1-888-729-7452)
Attorney for Plaintiff