UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22087-CIV/ALTONAGA/Goodman

**OSCAR JULIEN-RIOU,**

    Plaintiff,

v.

**IOANNYS LLANES,** *et al.***,**

    Defendants.

_____/

**ORDER**

THIS CAUSE came before this Court pursuant to Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice on May 29, 2019.  No Answer or Motion for Summary Judgment has been filed and no Defendant has yet been served the Summons and Complaint.

It is hereby ordered that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

**IT IS SO ORDERED AND ADJUDGED this _____ day of _____, 2019.**

                                                    **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record